UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TUE T. KHA, | ) | Case No. CV 12-7712 VBF (MRW) |
| Petitioner, | ) ) | ORDER DISMISSING ACTION |
| vs. | ) ) | |
| WARDEN, | ) ) | |
| Respondent. | ) ) | |

The Court vacates the reference of this action to the Magistrate Judge and dismisses Petitioner's defective state habeas action.

Tue T. Kha is an inmate at Corcoran State Prison. Mr. Kha recently filed a motion with the Court requesting a stay of his federal habeas action. He does not have an active case on file in this district. Indeed, his filing is apparently an attempt to extend the deadline to file a future habeas corpus petition challenging his state court criminal conviction. This procedure is not workable, though, so his action must be dismissed without prejudice.

\* \* \*

According to the motion, Mr. Kha does not currently have access to the law library. He is waiting for access to obtain a federal habeas corpus filing form and

to research his case.  It is not clear what his crimes of conviction were or what constitutional error he wishes to assert on habeas review in this Court.  Other than the present motion, Mr. Kha filed no other materials with the Court in connection with his case.

Notably, Mr. Kha has not filed an actual habeas petition with the Court.  In this way, he has failed to comply with the Rules Governing Section 2254 Cases in the United States District Courts.  Rule 2(d) expressly requires that a state prisoner commence a habeas action by using a standard form prepared by the court.  In our district, prisoners must complete Form CV-69.  That form provides the Court with basic information about the petitioner, his conviction, the prior status of his case in state and federal court, and, most importantly, the federal constitutional claims he wishes to pursue in federal court.

Mr. Kha has not provided the Court with any of this important information.  The Court does not know the crime or crimes for which he was convicted, the issues he raised on appeal, or why he believes that his conviction violated the U.S. Constitution.  As a result, the Court cannot grant any form of a stay or future extension of time.

\* \* \*

A state prisoner must begin his case by filing a petition for a writ of habeas corpus.  Mr. Kha's request for a stay of his federal habeas petition – in the absence of a properly filed petition – is simply inadequate and premature.  If his federal filing comes after the statutory deadline for bringing such an action, Mr. Kha may be entitled at a later time to request equitable tolling of the statutory deadline.

      Therefore, this action is hereby DISMISSED without prejudice. For Mr. Kha's convenience, the Clerk is directed to send him a blank Form CV-69 with a copy of this Order.

      IT IS SO ORDERED.

DATED: 09/14, 2012

*/s/ Valerie Baker Fairbank*

_____
HON. VALERIE BAKER FAIRBANK
SEN. UNITED STATES DISTRICT JUDGE

3