UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUE T. KHA, | ) Case No. CV 12-7712 VBF (MRW) |
|              Petitioner, | ) |
|    vs. | ) JUDGMENT |
| WARDEN, | ) |
|              Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: 09/14/12

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
SEN. UNITED STATES DISTRICT JUDGE